MARION JOHNSON, Respondent, *v.* HERBERT JOHNSON, Appellant.

Submitted April 8, 1946; decided April 10, 1946.

*Milton Solomon* for motion.
*Michael D. Lieberman* opposed.
Motion denied.